JOSEPH PETERSEN (JP-9071)
**KILPATRICK STOCKTON LLP**
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8800

GEORGE L. MURPHY, JR. (Georgia Bar No. 530376) (*pro hac vice* application to be filed)
JAMES J. LEONARD (Georgia Bar No. 446655) (*pro hac vice* application to be filed)
MICHAEL A. KAEDING (Georgia Bar No. 405779) (*pro hac vice* application to be filed)
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6500
Fax: (404) 815-6555

*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD EHRLICH, <br><br> Defendant. | Civil Action No. 08-1972 (MGC) (FM) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Joseph Petersen of the law firm Kilpatrick Stockton LLP, 31 West 52nd Street, 14th Floor, New York, New York 10019, hereby appears in the above-captioned action as attorney for plaintiffs AXA Equitable Life Insurance Company, AXA Network, LLC & AXA Network of Texas, Inc.

US2000 10721226.1

DATED: March 20, 2008
       New York, New York

Respectfully Submitted,

*[signature]*

Joseph Petersen (JP 9071)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, NY 10019
Email address: JPetersen@KilpatrickStockton.com
Phone Number: (212) 775-8700
Fax Number: (212) 775-8800

*ATTORNEYS FOR PLAINTIFFS*
*AXA EQUITABLE LIFE INSURANCE*
*COMPANY, AXA NETWORK, LLC &*
*AXA NETWORK OF TEXAS, INC.*