IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD EHRLICH <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:08-CV-01972-MGC |

**DEFENDANT RICHARD EHRLICH'S NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY LITIGATION**

PLEASE TAKE NOTICE that on April 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, defendant Richard Ehrlich, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1), will move this Court for an order dismissing this matter without prejudice or, in the alternative, staying this litigation. A Memorandum in Support of this Motion to Dismiss or, in the Alternative, to Stay Litigation is attached hereto.

Dated: March 20, 2008

Respectfully submitted,

/s/_____
David Gourevitch (Bar No. DG 8795)
Law Office Of David Gourevitch, P.C.
150 East 58th Street, 34th Floor
New York, NY 10155
Telephone: (212) 355-1300
Facsimile: (212) 317-2946
david@gourevitchlaw.com

Of Counsel:
Thomas J. Judge
M. David Maloney
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, N.W.
Suite 450
Washington, D.C. 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099

*Counsel for Richard Erhlich*