IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD EHRLICH <br><br> Defendant. | ) ) ) ) ) ) Case No. 1:08-CV-01972-MGC ) ) ) ) ) ) ) |

## MOTION TO ADMIT COUNSEL
## M. DAVID MALONEY *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David U. Gourevitch, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> M. David Maloney, Esquire
> Thompson, Loss & Maloney, LLP
> Two Lafayette Centre
> 1133 21st Street N.W.
> Suite 450
> Washington, D.C. 20036
> Phone: (202) 778-4060
> Fax: (202) 778-4099
> Email: dmaloney@tljlaw.com

Mr. Maloney is a member in good standing of the Bars of the District of Columbia and the State of Maryland. Certificates of good standing obtained from the District of Columbia Court of Appeals and the Court of Appeals of Maryland are attached to this motion as Exhibits A and B. There are no pending disciplinary proceedings against Mr. Maloney in any State or Federal court.

Dated: April _2_, 2008

Respectfully submitted,

_David Gourevitch_
David Gourevitch (Bar No. DG 8795)
Law Office Of David Gourevitch, P.C.
150 East 58th Street, 34th Floor
New York, NY 10155
Telephone: (212) 355-1300
Facsimile: (212) 317-2946
david@gourevitchlaw.com

*Counsel for Defendant Richard Erhlich*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2008, I caused to be served a true and accurate copy of the foregoing Motion to Admit Counsel M. David Maloney *Pro Hac Vice* by first-class mail, postage prepaid, to:

>Joseph Petersen, Esquire
>Christopher Lick, Esquire
>Kilpatrick Stockton LLP
>31 West 52nd Street, 14th Floor
>New York, New York 10019
>
>Counsel for AXA Equitable Life Insurance Company,
>AXA Network, LLC and AXA Network of Texas, Inc.

_____
David Gourevitch (Bar No. DG 8795)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

M. DAVID MALONEY

was on the 9TH day of SEPTEMBER, 2005, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 13, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fifteenth day of December, 2004,

### Michael David Maloney

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this thirteenth day of March, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>RICHARD EHRLICH<br><br>               Defendant. | Case No. 1:08-CV-01972-MGC |

**AFFIDAVIT OF DAVID U. GOUREVITCH IN SUPPORT OF MOTION TO ADMIT COUNSEL M. DAVID MALONEY *PRO HAC VICE***

David U. Gourevitch, being duly sworn, hereby deposes and says as follows:

1. I am the principle of the Law Office of David Gourevitch, P.C., counsel for Defendant Richard Ehrlich ("Mr. Ehrlich") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit M. David Maloney ("Mr. Maloney") as counsel *pro hac vice* to represent Mr. Ehrlich in this matter.

2. I am a member in good standing of the bar of the State of New York where I was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Maloney since 2008.

4. Mr. Maloney is an associate of Thompson, Loss & Judge, LLP, in Washington, D.C.

1

5. I have found Mr. Maloney to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of M. David Maloney, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of M. David Maloney, *pro hac vice*, which is attached hereto as Exhibit A.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WHEREFORE it is respectfully requested that the motion to admit M. David Maloney, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: April 8, 2008

Respectfully submitted,

David Gourevitch (Bar No. DG 8795)
Law Office Of David Gourevitch, P.C.
150 East 58th Street, 34th Floor
New York, NY  10155
Telephone: (212) 355-1300
Facsimile: (212) 317-2946
david@gourevitchlaw.com

*Counsel for Defendant Richard Erhlich*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD EHRLICH<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:08-CV-01972-MGC<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER FOR ADMISSION *PRO HAC VICE* OF
M. DAVID MALONEY ON WRITTEN MOTION**

Upon the motion of David U. Gourevitch, attorney for Richard Ehrlich and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> M. David Maloney, Esquire
> Thompson, Loss & Maloney, LLP
> Two Lafayette Centre
> 1133 21st Street N.W.
> Suite 450
> Washington, D.C. 20036
> Phone: (202) 778-4060
> Fax: (202) 778-4099
> Email: tMaloney@tljlaw.com

is admitted to practice *pro hac vice* as counsel for Richard Ehrlich in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

2

password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April __, 2008

_____
United States District/Magistrate Judge