JOSEPH PETERSEN (JP 9071)
CHRISTOPHER LICK (CL 1391)
**KILPATRICK STOCKTON LLP**
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8815

GEORGE L. MURPHY, JR. (Georgia Bar No. 530376)
JAMES J. LEONARD (Georgia Bar No. 446655)
MICHAEL A. KAEDING (Georgia Bar No. 405779)
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6500
Fax: (404) 815-6555

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD EHRLICH, <br><br> Defendant. | Civil Action No. 08-1972 (MGC) (FM) |

## MOTION TO ADMIT GEORGE L. MURPHY, JR. *PRO HAC VICE*

This Motion for Admission to Practice *Pro Hac Vice* is filed pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern Districts of New York. The undersigned counsel, a member of the Bar of this Court, hereby moves this Court for an Order allowing the admission *pro hac vice* of:

US2000 10723309.1

>GEORGE L. MURPHY, JR. (Georgia Bar No. 530376)
>**KILPATRICK STOCKTON LLP**
>1100 Peachtree Street, Suite 2800
>Atlanta, Georgia 30309-4530
>Phone: (404) 815-6500
>Fax: (404) 815-6555
>Email address: GMurphy@kilpatrickstockton.com

George L. Murphy, Jr. is a member in good standing of the Bar of the State of Georgia.

There are no pending disciplinary proceedings against George L. Murphy, Jr. in any State or Federal court.

Dated: April 9, 2008
       New York, New York

>Respectfully Submitted,
>
>_____
>Joseph Petersen (JP 9071)
>Christopher Lick (CL 1391)
>**KILPATRICK STOCKTON LLP**
>31 West 52nd Street, 14th Floor
>New York, NY 10019
>Phone Number: (212) 775-8700
>Fax Number: (212) 775-8815
>
>*Attorneys for Plaintiffs*

US2000 10723309.1

JOSEPH PETERSEN (JP 9071)
CHRISTOPHER LICK (CL 1391)
**KILPATRICK STOCKTON LLP**
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8815

GEORGE L. MURPHY, JR. (Georgia Bar No. 530376)
JAMES J. LEONARD (Georgia Bar No. 446655)
MICHAEL A. KAEDING (Georgia Bar No. 405779)
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6500
Fax: (404) 815-6555

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD EHRLICH, <br><br> Defendant. | Civil Action No. 08-1972 (MGC) (FM) |

**AFFIDAVIT OF JOSEPH PETERSEN IN SUPPORT OF MOTION
TO ADMIT GEORGE L. MURPHY, JR. *PRO HAC VICE***

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK )

Joseph Petersen, being duly sworn, hereby deposes and says as follows:

1. I am a partner at the law firm of Kilpatrick Stockton LLP, 31 West 52nd Street, New York, New York 10019, counsel for Plaintiffs, AXA Equitable Life Insurance Company, AXA Network, LLC & AXA Network of Texas, Inc. ("Plaintiffs"), in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit George L. Murphy, Jr. as counsel *pro hac vice* to represent Plaintiffs.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Murphy, Jr. for well over a year.

4. Mr. Murphy is a partner at the law firm of Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309-4530.

5. I have found Mr. Murphy to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of George L. Murphy, Jr., *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of George L. Murphy, Jr., *pro hac vice,* which is attached hereto as Exhibit A.

US2000 10723309.1

WHEREFORE it is respectfully requested that the motion to admit George L. Murphy, Jr., *pro hac vice,* to represent Plaintiffs in the above captioned action, be granted.

Respectfully Submitted,

_____
Joseph Petersen

Sworn to before me this
7th day of April, 2008

_____
Notary Public

ALBERTO J. GARCIA
Notary Public, State of New York
No. 01GA6053013
Qualified in New York County
Commission Expires January 29, 20 11

US2000 10723309.1

# EXHIBIT A

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. George L. Murphy Jr.
Kilpatrick Stockton LLP
1100 Peachtree St., N.E., Suite 2800
Atlanta, GA  30309-4530


**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     06/15/1983

**Attorney Bar Number:**     530376

Today's Date:   March 20, 2008

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
  -**Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
  -**Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.**
  -**Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*

Official Representative of the State Bar of Georgia

JOSEPH PETERSEN (JP 9071)
CHRISTOPHER LICK (CL 1391)
**KILPATRICK STOCKTON LLP**
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8815

GEORGE L. MURPHY, JR. (Georgia Bar No. 530376)
JAMES J. LEONARD (Georgia Bar No. 446655)
MICHAEL A. KAEDING (Georgia Bar No. 405779)
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6500
Fax: (404) 815-6555

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD EHRLICH, <br><br> Defendant. | Civil Action No. 08-1972 (MGC) (FM) |

**ORDER FOR ADMISSION *PRO HAC VICE OF* GEORGE L. MURPHY, JR.**
**ON WRITTEN MOTION**

Upon the motion of Joseph Petersen attorney for Plaintiffs AXA Equitable Life Insurance Company, AXA Network, LLC and AXA Network of Texas, Inc. ("Plaintiffs") and said sponsor attorney's affidavit in support;

US2000 10723309.1

IT IS HEREBY ORDERED that:

> George L. Murphy, Jr.
> Georgia Bar No. 530376
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> Phone: (404) 815-6500
> Fax: (404) 815-6555
> Email address: GMurphy@kilpatrickstockton.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs, in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: April ___, 2008

SO ORDERED,

_____
U.S.D.J.