IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/08

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., ) ) ) ) Plaintiffs, ) ) v. ) ) RICHARD EHRLICH ) ) Defendant. ) ) | Case No. 1:08-CV-01972-MGC |

## ORDER FOR ADMISSION *PRO HAC VICE* OF
## M. DAVID MALONEY ON WRITTEN MOTION

Upon the motion of David U. Gourevitch, attorney for Richard Ehrlich and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> M. David Maloney, Esquire
> Thompson, Loss & Maloney, LLP
> Two Lafayette Centre
> 1133 21st Street N.W.
> Suite 450
> Washington, D.C. 20036
> Phone: (202) 778-4060
> Fax: (202) 778-4099
> Email: tMaloney@tljlaw.com

is admitted to practice *pro hac vice* as counsel for Richard Ehrlich in the above captioned

case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of

Court.

Dated: ~~April~~ June 26, 2008

S/ _____

United States District/~~Magistrate~~ Judge