IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC., <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>RICHARD EHRLICH <br><br>　　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:08-CV-01972-MGC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

## ORDER FOR ADMISSION *PRO HAC VICE* OF
## THOMAS J. JUDGE ON WRITTEN MOTION

Upon the motion of David U. Gourevitch, attorney for Richard Ehrlich, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Thomas J. Judge, Esquire
> Thompson, Loss & Judge, LLP
> Two Lafayette Centre
> 1133 21st Street N.W.
> Suite 450
> Washington, D.C. 20036
> Phone: (202) 778-4060
> Fax: (202) 778-4099
> Email: tjudge@tljlaw.com

is admitted to practice *pro hac vice* as counsel for Richard Ehrlich in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~April~~ June 16, 2008         S/ _____
                                            United States District/~~Magistrate~~ Judge