JOSEPH PETERSEN (JP 9071)
CHRISTOPHER LICK (CL 1391)
**KILPATRICK STOCKTON LLP**
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8815

GEORGE L. MURPHY, JR. (Georgia Bar No. 530376)
JAMES J. LEONARD (Georgia Bar No. 446655)
MICHAEL A. KAEDING (Georgia Bar No. 405779)
**KILPATRICK STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6500
Fax: (404) 815-6555

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, AXA NETWORK, LLC & AXA NETWORK OF TEXAS, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RICHARD EHRLICH,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 08-1972 (MGC) (FM) |

**ORDER FOR ADMISSION *PRO HAC VICE OF* GEORGE L. MURPHY, JR.**
**ON WRITTEN MOTION**

Upon the motion of Joseph Petersen attorney for Plaintiffs AXA Equitable Life Insurance Company, AXA Network, LLC and AXA Network of Texas, Inc. ("Plaintiffs") and said sponsor attorney's affidavit in support;

US2000 10723309.1

IT IS HEREBY ORDERED that:

> George L. Murphy, Jr.
> Georgia Bar No. 530376
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> Phone: (404) 815-6500
> Fax: (404) 815-6555
> Email address: GMurphy@kilpatrickstockton.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs, in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ~~April~~ June 26, 2008

SO ORDERED,

S/ _____
U.S.D.J.